UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:25-cv-08391-JSR

DORINA ZIESKE,

          Plaintiff,

v.

53WUYONGQUAN, *et al.*,

          Defendants.

_____

## MOTION TO WITHDRAW APPEARANCE OF DEBBIE C. YANG

Rachel I. Kaminetzky, counsel for Plaintiff DORINA ZIESKE ("Plaintiff") hereby moves to withdraw Debbie C. Yang as counsel for Plaintiff, and in support thereof states as follows:

1. I represent Plaintiff in this action.

2. Debbie C. Yang is no longer employed with SRIPLAW, and therefore is no longer representing Plaintiff.

3. The relief requested will not alter the progression of this case in any way, nor will it unduly delay the resolution of this matter.

WHEREFORE, Plaintiff DORINA ZIESKE prays this Honorable grant the foregoing Motion to Withdraw Appearance.

Dated: October 29, 2025

Respectfully submitted,

*/s/ Rachel I. Kaminetzky*
RACHEL I. KAMINETZKY
Bar Number: 6030647
rachel.kaminetzky@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor

SO ORDERED
[signature]
USDJ
10-30-25

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

New York, NY 10010
646.517.3609 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Dorina Zieske*