**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO.: 1:25-cv-08391-JSR**

DORINA ZIESKE,

      Plaintiff,

v.

53WUYONGQUAN, *et al.*,

      Defendants.

[proposed] **ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT**
**MOCLEVER**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF

No. [__], filed on November 24, 2025, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court

hereby dismisses the instant action with prejudice as against the defendant Moclever, Defendant

No. 4 on Exhibit A to the Complaint.

**DONE AND ORDERED** in New York, NY, this ___ day of _____2025.

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE