**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO.: 1:25-cv-08391-JSR**

DORINA ZIESKE,

        Plaintiff,

v.

53WUYONGQUAN, *et al.*,

        Defendants.

**[proposed] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT**
**ROSYMORMOR**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF

No. [___], filed on January 12, 2026, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby

dismisses the instant action with prejudice as against the defendant Rosymormor, Defendant No.

6 on Exhibit A to the Complaint.

**DONE AND ORDERED** in New York, NY, this _13th_ day of _January_, 2026.

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE