**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO.: 1:25-cv-08391-JSR**

DORINA ZIESKE,

    Plaintiff,

v.

53WUYONGQUAN, *et al.*,

    Defendants.

---

[proposed] **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [__], filed on February 26, 2026, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action without prejudice as against the following defendants:

    a.  LIZSJ (Defendant No. 3 on Exhibit A to the Complaint);

    b.  Yuanyuan Stroe (Defendant No. 10 on Exhibit A to the Complaint);

    c.  discountsusa777 (Defendant No. 11 on Exhibit A to the Complaint);

    d.  FYVI (Defendant No. 12 on Exhibit A to the Complaint); and

    e.  XiRui Electronic Co. ltD (Defendant No. 13 on Exhibit A to the Complaint).

**DONE AND ORDERED** in New York, NY, this 2nd day of March, 2026.

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE